# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID LEE NACE,
                        Appellant,
        vs.
THE STATE OF NEVADA,
                        Respondent.

No. 75380

FILED

APR 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY  S. Young
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion for court to grant fee of $138,957.38 for compensation for work, labor and materials for being appointed by district court to represent self . . . and an amended total cost to represent self." Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from the aforementioned order in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

---

[1]Given this order, we take no action on the pro se documents filed on March 21, 2018, and April 6, 2018.

18-14431

cc:   Hon. Elissa F. Cadish, District Judge
David Lee Nace
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Steven M. Altig

